UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 2 5 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| SALVADOR TOBIAS-PEREZ, | § | |
| Plaintiff-Petitioner, | § | |
| | § | CIVIL ACTION NO. B-04-029 |
| VS. | § | |
| | § | CRIMINAL NO. B-00-384 |
| UNITED STATES OF AMERICA, | § | |
| Defendant-Respondent. | § | |

### ORDER

Petitioner, Salvador Tobias-Perez, has filed a Motion To Vacate Sentence pursuant to Title 28, U.S.C. § 2255. Petitioner will be allowed to proceed in Forma Pauperis. The United States Government is hereby ordered to file a response by April 5, 2004.

DONE at Brownsville, Texas, this 20th day of February, 2004.

John Wm. Black
United States Magistrate Judge

3