United States District Court
Southern District of Texas
FILED
APR 0 1 2004
Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SALVADOR TOBIAS-PEREZ, | § | |
| Plaintiff-Petitioner, | § | |
| | § | |
| vs. | § | C.A. NO. B-04-029 |
| | § | C.R. NO. B-00-384 |
| UNITED STATES OF AMERICA, | § | |
| Defendant-Respondent. | § | |
| | § | |

RESPONDENT'S MOTION FOR EXTENSION OF TIME
TO FILE AN ANSWER TO PETITIONER'S SECTION 2255 MOTION

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America, hereinafter "United States," by and through the United States Attorney for the Southern District of Texas, files this Motion for Extension of Time to File an Answer to Petitioner's Section 2255 Motion in the above referenced case. On February 20, 2004, this Court Ordered the United States to file a response in this case by April 5, 2004.

Petitioner's motion challenges the lawfulness of his guilty plea and claims that the court erred in enhancing his sentence under U.S.S.G. § 3B1.1(a). These issues necessitate a review of the transcripts of rearraignment and sentencing which have not yet been ordered. Unfortunately, undersigned counsel was temporarily assigned to the Corpus Christi office to assist as co-counsel in the capital murder case that

recently concluded there. Undersigned counsel is scheduled to present oral argument at the Fifth Circuit on April 6, 2004 in <u>United States v. Insaulgarat</u>, No. 02-40917, and has an *en banc* argument set for May 24, 2004 in <u>United States v. Calderon-Pena</u>, No. 02-20331 for which the Government's brief is due on May 5, 2004. Additionally, undersigned counsel is now assigned as co-counsel for the capital trial pending in Houston, <u>United States v. Williams</u>, which is currently set to begin on June 7, 2004 and anticipated to last approximately two months.

For all the above mentioned reasons, the United States requests this Court grant a 123-day extension to and including August 6, 2004. This extension will enable the United States to obtain the transcripts and permit counsel to adequately review said transcripts and respond to Petitioner's issues.

                                    Respectfully submitted,

                                    MICHAEL T. SHELBY
                                    United States Attorney

                                    TONY R. ROBERTS
                                    Assistant United States Attorney
                                    TX Bar No. 17022000
                                    S.Dist.Texas No. 26173
                                    1701 W. Business 83, Suite 600
                                    McAllen, Texas 78501-5160

## CERTIFICATE OF SERVICE

I, Tony R. Roberts, Assistant United States Attorney, do hereby certify that a copy of the above Motion for Extension of Time was mailed on April 1, 2004, via certified mail, return receipt requested to:

Salvador Tobias-Perez
# 94328-079
Reeves County Detention Center
P.O. Box 1560
Pecos, Texas 79772

_____
TONY R. ROBERTS
Assistant United States Attorney