IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

| | | |
|---|---|---|
| SALVADOR TOBIAS-PEREZ, | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-04-029 |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

## ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER

Respondent, United States of America, filed a Motion for Extension of Time to File an Answer (Docket No. 4) on April 1, 2004. The Motion for Extension of Time is GRANTED and the United States Government is hereby ORDERED to file an answer by August 6, 2004.

DONE at Brownsville, Texas, this 6th day of April, 2004.

John Wm. Black
United States Magistrate Judge