IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, TEXAS

SALVADOR TOBIAS-PEREZ )
    Petitioner )
)
v. )   CIVIL ACTION No. B-04-029
)
UNITED STATES OF AMERICA )
    Respondent )

United States District Court
Southern District of Texas
FILED
APR 1 9 2004
Michael N. Milby
Clerk of Court

PETITIONER'S MOTION TO AND VOID/NULL THE GOVERNMENT'S

MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER

FOR RECONSIDERATION

On April 6, 2004 the Petitioner received the Government's motion for extension of time to file an answer, almost weekand. However by the time that the Petitioner can response and buy copies to file his motion to opposse to the Government's motion this honorable court granted the Government's motion on April 6, 2004 that same date that the Petitioner receive the Government's motion. However the Petitioner prayer to this Honorable for reconsideration of the motion granted to the Government and reduce the time of August 6, 2004 to May 10, 2004 because the Petitioner will provide the Transcripts for his review to respond the Petitioner's Motion section 2255. Also consider the Motion file this April 13, 2004.

Respectfully Submitted

*Salvador Perez Tovias*
Salvador Tobias-Perez