IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

United States District Court
Southern District of Texas
ENTERED
APR 2 1 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| SALVADOR TOBIAS-PEREZ, Petitioner, | § § § | |
| VS. | § | CIVIL ACTION NO. B-04-029 |
| UNITED STATES OF AMERICA, Respondent. | § § § § | |

### ORDER DENYING PETITIONER'S MOTION OPPOSING RESPONDENT'S REQUEST FOR EXTENSION OF TIME TO FILE AN ANSWER

Respondent, United States of America, filed a Motion for Extension of Time to File an Answer (Docket No. 4) on April 1, 2004. Respondent's motion was granted on April 6, 2004. Petitioner, Salvador Tobias-Perez, filed a Motion to Oppose Respondent's Motion for Extension of Time to File an Answer (Docket No. 7) on April 19, 2004. Petitioner's motion is hereby DENIED.

DONE at Brownsville, Texas, this 21st day of April, 2004.

John Wm. Black
United States Magistrate Judge