UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 2 3 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| SALVADOR TOBIAS-PEREZ, § <br> Petitioner, § <br> § <br> v. § <br> § <br> UNITED STATES OF AMERICA, § <br> Respondent. § | CIVIL CASE NO. B-04-029 <br> (CRIM. CASE NO. B-00-384) |

## ORDER ADOPTING THE REPORT AND RECOMMENDATION
## OF THE MAGISTRATE JUDGE

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. It is therefore ORDERED, ADJUDGED, and DECREED that the United States' Motion for Dismissal (Docket No. 9) is hereby GRANTED and the Petitioner's Section 2255 Motion to Vacate, Set Aside, or Correct Sentence (Docket No. 1) is hereby DENIED.

DONE at Brownsville, Texas this _____ day of __September__ 2004.

Hilda Tagle
United States District Judge