SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

United States District Court
Southern District of Texas
RECEIVED
OCT 07 2004
Michael N. Milby, Clerk

R.T.S.

Salvador Tobias-Perez
P.O. Box 1560

Case: 1:04-cv-00029  Instrument: 11  (1 pag



REFUSED ✗

RETURN TO SENDER
( ) Not at this Address
( ) Addressee Unknown
( ) Unauthorized
( ) Need Correct Inmate Name / Reg. #



Hasler
$00.370
Mailed From 77002
09/27/2004
US POSTAGE